UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRENDA PICKERN,

        Plaintiff,

   v.

PAUL ALVAREZ dba ROUND TABLE PIZZA; KERRI LYNN HOOVER; PLUMAS PINES PARTNERS, LLC,

        Defendants.

NO. CIV. 2:15-01671 WBS CMK

AMENDED ORDER SETTING EARLY SETTLEMENT CONFERENCE AND STAY

----oo0oo----

The court previously determined that this case is appropriate for an early settlement conference. (Docket No. 9.) The conference will be conducted by Magistrate Judge Allison Claire.

The parties shall contact Judge Claire's courtroom deputy no later than December 14, 2015, by phone or email to schedule an early settlement conference. The early settlement conference shall be conducted no later than January 20, 2016.

1

Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

Each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms.  No later than seven days before the date of the settlement conference, counsel for each party shall submit a confidential Settlement Conference Statement to the settlement judge.  Such statements shall not be filed, but shall be emailed to ACorders@caed.uscourts.gov.  Upon emailing the Settlement Conference Statement, each party shall e-file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed pending conclusion of the early settlement conference.  No later than five days after the settlement conference, the parties shall file a joint statement indicating whether a settlement was reached.

The Status (Pretrial Scheduling) Conference remains set for Tuesday, February 16, 2016 at 1:30pm.  If a settlement is not reached at the early settlement conference, the parties shall submit an Amended Joint Status Report no later than February 2, 2016.

IT IS SO ORDERED.

Dated:  November 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE