Scottlynn J Hubbard, IV, SBN 212970
Stephanie L. Ross, SBN 297840
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Cris C. Vaughan, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 S. Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Email: ccvaughan@sbcglobal.net

Attorneys for Defendant Plumas Pines Partners, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Brenda Pickern, | Case No. 2:15-cv-01671-WBS-CMK |
|---|---|
| Plaintiff, | **Joint Stipulation for Dismissal and [Proposed] Order Thereon** |
| v. | |
| Paul Alvarez dba Round Table Pizza; Kerri Lynn Hoover; Plumas Pines Partners, LLC, | |
| Defendants. | |

*Pickern v. Alvarez, et al.*                    Case No. 2:15-cv-01671-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1 of 2

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and Defendant Plumas Pines Partners, LLC hereby stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 15, 2016         DISABLED ADVOCACY GROUP, APLC


                                  /s/   Scottlynn J Hubbard
                                 Scottlynn J Hubbard IV
                                 Attorneys for Plaintiff Brenda Pickern


Dated: February 15, 2016         VAUGHAN & ASSOCIATES


                                  /s/   Cris C. Vaughan
                                 Cris C. Vaughan
                                 Attorneys for Defendant Plumas Pines
                                 Partners, LLC


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-01671-WBS-CMK, is hereby dismissed with prejudice in its entirety.

Dated:  February 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Pickern v. Alvarez, et al.*                                    Case No. 2:15-cv-01671-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2 of 2